1  DANIEL J. BERGESON, Bar No. 105439
   INA STANGENES, Bar No. 156559
2  JENNIFER A. LOTZ, Bar No. 196925
   BERGESON, LLP
3  303 Almaden Boulevard, Suite 500
   San Jose, CA 95110-2712
4  Telephone: (408) 291-6200
   Facsimile:  (408) 297-6000
5  dbergeson@be-law.com
   istangenes@be-law.com
6  jlotz@be-law.com

7  Attorneys for Defendants
   QUANTUM3D, INC. and $CG^2$, INC.
8

9  CHRISTOPHER T. HELLUMS, Bar No.: HEL012
   DAVID J. HODGE, Bar No: HOD016
10 PITTMAN HOOKS DUTTON KIRBY & HELLUMS, P.C.
   2001 Park Place North
11 1100 Park Place Tower
   Birmingham, AL 35203
12 Telephone: (205) 322-8880
   Facsimile:  (205) 328-2711
13

14 PHILLIP SHINN, Bar No. 112051
   THORNTON TAYLOR BECKER & SHINN, LLP
15 731 Sansome Street, Suite 300
   San Francisco, CA 94111
16 Telephone: (415) 421-8890
   Facsimile: (415) 421-0688
17

   Attorneys for Plaintiff
18 SCOTT BOOTH

19
20                     UNITED STATES DISTRICT COURT

21                     NORTHERN DISTRICT OF CALIFORNIA

22

| | |
|---|---|
| SCOTT BOOTH, | Case No. C04-5376 EMC |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANTS QUANTUM3D, INC. AND $CG^2$, INC. TO RESPOND TO PLAINTIFF SCOTT BOOTH'S FIRST AMENDED COMPLAINT** ; ORDER |
| vs. | |
| QUANTUM3D, INC., et al, | |
| Defendants. | Judge: Hon. Edward M. Chen<br>Dept.: 15th Floor, Ctrm. C |

- 1 -

1     WHEREAS, on April 6, 2005, Defendants Quantum3D and $CG^2$ (collectively,
2 "Defendants") filed a Motion to Dismiss which is currently scheduled to be heard on June 8, 2005
3 at 10:30 a.m. before the Honorable Edward M. Chen; and

4     WHEREAS, the Case Management Conference in this matter is currently scheduled for
5 June 8, 2005 at 10:30 a.m. before the Honorable Edward M. Chen; and

6     WHEREAS, in response to Defendants' Motion to Dismiss, Plaintiff Scott Booth
7 ("Booth") filed a First Amended Complaint concurrently with his Opposition papers; and

8     WHEREAS, Defendants' response to Booth's First Amended Complaint is currently due
9 on May 31, 2005; and

10     WHEREAS, Defendants' Reply regarding the Motion to Dismiss addresses many of the
11 same issues that Defendants intend to address in their response to the First Amended Complaint,
12 including whether Plaintiff has stated a claim against $CG^2$ in his First Amended Complaint and
13 whether Plaintiff's newly-alleged claims in the First Amended Complaint are subject to binding
14 arbitration, and, therefore, the Court may adjudicate these issues at the hearing on Defendants'
15 Motion to Dismiss on June 8, 2005 and/or at the Case Management Conference on the same date;

16     All parties to this action, by and through their respective attorneys of record, stipulate as
17 follows:

18     That Defendants shall have until June 22, 2005 to respond to Plaintiff's First Amended
19 Complaint.

DATED: May ___, 2005           PITTMAN, HOOKS, DUTTON, KIRBY & HELLUMS, P.C.

By: _____
Chris T. Hellums
David Hodge

Attorneys for Plaintiff
SCOTT BOOTH

| | |
|---|---|
| DATED: May 27, 2005 | THORNTON TAYLOR BECKER & SHINN, LLP |
| | By: /s/ Phillip F. Shinn |
| | Phillip F. Shinn |
| | Attorney for Plaintiff<br>SCOTT BOOTH |
| DATED: May 26, 2005 | BERGESON, LLP |
| | By: /s/ Daniel J. Bergeson |
| | Daniel J. Bergeson<br>Ina Stangenes<br>Jennifer A. Lotz |
| | Attorneys for Defendants<br>QUANTUM3D, INC. and CG$^2$, INC. |

IT IS SO ORDERED:

_____
Edward M. Chen
United States Magistrate Judge

[APPROVED — Judge Edward M. Chen — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal]

- 3 -

STIPULATION TO EXTEND TIME FOR DEFENDANTS'
TO RESPOND TO PLAINTIFF'S FIRST AMENDED
COMPLAINT

C04-5376 EMC

| | | |
|---|---|---|
| 1 | DATED: May ___, 2005 | THORNTON TAYLOR BECKER & SHINN, LLP |

By: _____
    Phillip F. Shinn

Attorney for Plaintiff
SCOTT BOOTH

DATED: May 25, 2005        BERGESON, LLP

By: _____
    Daniel J. Bergeson
    Ina Stangenes
    Jennifer A. Lotz

Attorneys for Defendants
QUANTUM3D, INC. and $CG^2$, INC.

- 3 -

STIPULATION TO EXEND TIME FOR DEFENDANTS'
TO RESPOND TO PLAINTIFF'S FIRST AMENDED
COMPLAINT        C04-5376 EMC