DANIEL J. BERGESON, Bar No. 105439
INA STANGENES, Bar No. 156559
JENNIFER A. LOTZ, Bar No. 196925
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000
dbergeson@be-law.com
istangenes@be-law.com
jlotz@be-law.com

Attorneys for Defendants
QUANTUM3D, INC. and CG$^2$, INC.

CHRIS T. HELLUMS
DAVID J. HODGE
PITTMAN, HOOKS, DUTTON, KIRBY & HELLUMS, P.C.
2001 Park Place North, Suite 1100
Birmingham, AL 35203
Telephone: (415) 322-8880
Facsimile: (415) 328-2711

PHILLIP F. SHINN, SBN 112051
THORNTON, TAYLOR, BECKER & SHINN, LLP
731 Sansome Street, Suite 300
San Francisco, CA 94111-1723
Telephone: (415) 421-8890
Facsimile: (415) 421-0688

Attorneys For Plaintiff
SCOTT BOOTH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT BOOTH,<br><br>          Plaintiff,<br><br>vs.<br><br>QUANTUM3D, INC., et al,<br><br>          Defendants. | Case No. C04-5376 EMC<br><br>[~~PROPOSED~~] ORDER RE: STIPULATION ALLOWING DEFENDANT QUANTUM3D TO FILE ITS FIRST AMENDED ANSWER TO PLAINTIFF SCOTT BOOTH'S COMPLAINT AND VACATING HEARING REGARDING DEFENDANT QUANTUM3D'S MOTION FOR LEAVE TO FILE ITS FIRST AMENDED ANSWER TO PLAINTIFF SCOTT BOOTH'S COMPLAINT |

[~~PROPOSED~~] ORDER RE STIPULATION ALLOWING DEFENDANT
TO FILE ITS FIRST AMENDED ANSWER TO PLAINTIFF'S
COMPLAINT AND TO VACATE AUGUST 31, 2005 HEARING

C04-5376 EMC

**ORDER**

UPON THE STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT:

(1) Quantum3D is hereby permitted to file the proposed First Amended Answer attached as Exhibit A to the parties' Stipulation Allowing Defendant Quantum3D, Inc. To File Its First Amended Answer To Plaintiff Scott Booth's Complaint And Vacating Hearing Regarding Defendant Quantum3D's Motion For Leave To Its First Amended Answer To Plaintiff Scott Booth's Complaint; and

(2) The proposed First Amended Answer attached as Exhibit A to the parties' Stipulation Allowing Defendant Quantum 3D, Inc. To File Its First Amended Answer To Plaintiff Scott Booth's Complaint And Vacating Hearing Regarding Defendant Quantum3D's Motion For Leave To Its First Amended Answer To Plaintiff Scott Booth's Complaint is hereby deemed filed as of the date of entry of this Order; and

(3) The hearing on Quantum3D's Motion For Leave To File Its First Amended Answer To Plaintiff Scott Booth's Complaint scheduled for August 31, 2005 at 10:30 a.m. before the Honorable Edward M. Chen is hereby vacated.

Dated: August __15__, 2005

_____
Honorable Edward M. Chen
UNITED STATES MAGISTRATE JUDGE

2

PROPOSED ORDER RE STIPULATION TO CONTINUE
THE HEARING DATE OF DEFENDANTS' MOTION
TO DISMISS AND CASE MANAGEMENT CONFERENCE

C04-5376 EMC