**United States District Court**
For the Northern District of California

1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                  NORTHERN DISTRICT OF CALIFORNIA
8
SCOTT BOOTH,                          Case No. C 04-5376 EMC
9
            Plaintiff,                **ORDER REFERRING CASE TO**
10                                    **MAGISTRATE JUDGE FOR**
            v.                        **SETTLEMENT CONFERENCE**
11
QUANTUM3D, INC., et al.,
12
            Defendants.
13
_____/
14
15          Pursuant to the parties' request, this matter is referred to a magistrate judge for settlement conference
16   to be completed within 90 days from the date of this order.
17
18   Dated: September 28, 2005
19
20
21   _____
22   EDWARD M. CHEN
     UNITED STATES MAGISTRATE JUDGE
23
24   cc: Wings
25
26
27
28