```
 1  DANIEL J. BERGESON, Bar No. 105439
    INA STANGENES, Bar No. 156559
 2  JENNIFER A. LOTZ, Bar No. 196925
    BERGESON, LLP
 3  303 Almaden Boulevard, Suite 500
    San Jose, CA 95110-2712
 4  Telephone:  (408) 291-6200
    Facsimile:  (408) 297-6000
 5  dbergeson@be-law.com
    istangenes@be-law.com
 6  jlotz@be-law.com

 7  Attorneys for Defendants
    QUANTUM3D, INC. and CG$^2$, INC.
 8

 9  CHRISTOPHER T. HELLUMS, Bar No.: HEL012
    DAVID J. HODGE, Bar No: HOD016
10  PITTMAN HOOKS DUTTON KIRBY & HELLUMS, P.C.
    2001 Park Place North
11  1100 Park Place Tower
    Birmingham, AL  35203
12  Telephone:  (205) 322-8880
    Facsimile:  (205) 328-2711
13

14  PHILLIP SHINN, Bar No. 112051
    THORNTON TAYLOR BECKER & SHINN, LLP
15  731 Sansome Street, Suite 300
    San Francisco, CA 94111
16  Telephone: (415) 421-8890
    Facsimile: (415) 421-0688
17

18  Attorneys for Plaintiff
    SCOTT BOOTH
19
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT BOOTH, | Case No. C04-5376 EMC |
| Plaintiff, | |
| vs. | **STIPULATION ALLOWING PLAINTIFF SCOTT BOOTH TO FILE HIS FIRST AMENDED COMPLAINT** ; ORDER |
| QUANTUM3D, INC., et al, | |
| Defendants. | |

STIPULATION ALLOWING PLAINTIFF SCOTT BOOTH                     C04-5376 EMC
TO FILE HIS FIRST AMENDED COMPLAINT

1. WHEREAS, on September 10, 2004, Plaintiff Scott Booth ("Booth") filed a Complaint against Defendants Quantum3D, Inc. ("Quantum3D") and $CG^2$, Inc. ("$CG^2$") (collectively, "Defendants") in the Circuit Court of Madison County, Alabama; and

2. WHEREAS, on September 24, 2004, Quantum3D filed an Answer to Booth's Complaint; and

3. WHEREAS, this case was transferred to the United States District Court for the Northern District of California in or about December of 2004 and assigned to the Honorable Edward M. Chen in or about January of 2005; and

4. WHEREAS, on April 6, 2005, Defendants filed a Motion To Dismiss Booth's Complaint; and

5. WHEREAS, on May 11, 2005, Booth opposed Defendants' Motion To Dismiss and filed a First Amended Complaint; and

6. WHEREAS, on June 8, 2005, the Court granted Defendants' Motion To Dismiss resulting in the dismissal of Booth's claim for injunctive relief and of Defendant $CG^2$; and

7. WHEREAS, on June 8, 2005, the Court dismissed Booth's First Amended Complaint in its entirety as to Quantum3D; and

8. WHEREAS, on August 15, 2005, pursuant to the Stipulation of the parties, the Court entered an Order allowing Quantum3D to file its First Amended Answer; and

9. WHEREAS, Booth seeks to amend his existing Complaint, as it stands after the June 8, 2005 hearing on Defendants' Motion to Dismiss, to add David E. King as a party plaintiff; and

10. WHEREAS, Booth has advised Quantum3D of his intent to file an amended complaint and sought Quantum3D's stipulation to file the First Amended Complaint attached hereto as Exhibit A; and

11. WHEREAS, the proposed amendment will not prejudice Quantum3D; and

12. WHEREAS, the proposed amendment will not delay the litigation of this matter; and

13. WHEREAS, the proposed amendment is necessary and proper in this litigation; and

WHEREAS, on September 10, 2004, Plaintiff Scott Booth ("Booth") filed a Complaint against Defendants Quantum3D, Inc. ("Quantum3D") and $CG^2$, Inc. ("$CG^2$") (collectively, "Defendants") in the Circuit Court of Madison County, Alabama; and

WHEREAS, on September 24, 2004, Quantum3D filed an Answer to Booth's Complaint; and

WHEREAS, this case was transferred to the United States District Court for the Northern District of California in or about December of 2004 and assigned to the Honorable Edward M. Chen in or about January of 2005; and

WHEREAS, on April 6, 2005, Defendants filed a Motion To Dismiss Booth's Complaint; and

WHEREAS, on May 11, 2005, Booth opposed Defendants' Motion To Dismiss and filed a First Amended Complaint; and

WHEREAS, on June 8, 2005, the Court granted Defendants' Motion To Dismiss resulting in the dismissal of Booth's claim for injunctive relief and of Defendant $CG^2$; and

WHEREAS, on June 8, 2005, the Court dismissed Booth's First Amended Complaint in its entirety as to Quantum3D; and

WHEREAS, on August 15, 2005, pursuant to the Stipulation of the parties, the Court entered an Order allowing Quantum3D to file its First Amended Answer; and

WHEREAS, Booth seeks to amend his existing Complaint, as it stands after the June 8, 2005 hearing on Defendants' Motion to Dismiss, to add David E. King as a party plaintiff; and

WHEREAS, Booth has advised Quantum3D of his intent to file an amended complaint and sought Quantum3D's stipulation to file the First Amended Complaint attached hereto as Exhibit A; and

WHEREAS, the proposed amendment will not prejudice Quantum3D; and

WHEREAS, the proposed amendment will not delay the litigation of this matter; and

WHEREAS, the proposed amendment is necessary and proper in this litigation; and

WHEREAS, on September 21, 2005, Quantum3D's counsel informed counsel for Booth that they would stipulate to the filing of the proposed First Amended Complaint attached hereto as Exhibit A.

Accordingly, the parties hereby stipulate and agree as follows:

(1) Booth should be permitted to file the proposed First Amended Complaint attached hereto as Exhibit A; and

(2) The proposed First Amended Complaint attached hereto as Exhibit A should be deemed filed as of the date of entry of the [Proposed] Order Re: Stipulation Allowing Plaintiff Scott Booth To File Its First Amended Complaint.

SO STIPULATED.

DATED: September 22, 2005        BERGESON, LLP

By: _____
Jennifer Lotz

Attorneys for Defendants
QUANTUM3D, INC. and CG², INC.

DATED: September 23, 2005        PITTMAN, HOOKS, DUTTON, KIRBY & HELLUMS, P.C.

By: _____
David Hodge

Attorneys for Plaintiff
SCOTT BOOTH

- 3 -

STIPULATION ALLOWING PLAINTIFF SCOTT BOOTH
TO FILE HIS FIRST AMENDED COMPLAINT                    C04-5376 EMC

1  DATED: September 23, 2005                    THORNTON TAYLOR BECKER & SHINN, LLP

        By: /s/ Phil Shinn
        Phillip Shinn

        Attorneys for Plaintiff
        SCOTT BOOTH

10  PURSUANT TO STIPULATION, IT IS SO ORDERED.
    Pursuant to Local Rule 10-1, Plaintiff shall file his
    First Amended Complaint accordingly.
    DATED: September 28, 2005

        HON. EDWARD M. CHEN
        UNITED STATES DISTRICT JUDGE
        MAGISTRATE