**BERGESON, LLP**
ATTORNEYS AT LAW
303 ALMADEN BOULEVARD, SUITE 500
SAN JOSE, CALIFORNIA 95110
TELEPHONE (408) 291-6200
FACSIMILE (408) 297-6000
WWW.BE-LAW.COM

OF COUNSEL
ANTHONY M. GLASSMAN
BEVERLY HILLS, CA 90210

AFFILIATED COUNSEL
BERGESON & CAMPBELL P.C.
WASHINGTON, D.C. 20005

July 13, 2006

Magistrate Judge Edward M. Chen
United States District Court
Northern District of California
450 Golden Gate Ave., Ctrm C, 15th Floor
San Francisco, CA 94102

> Re: *Scott Booth vs. Quantum3D*
> Case No. C04-5376 (N.D.Cal.)

Dear Judge Chen:

We are pleased to advise you that all parties to this lawsuit have agreed to a settlement of this case. In order to allow time to finalize the settlement agreement, the parties respectfully request that the status conference hearing now scheduled before your Honor on Wednesday, July 19, 2006 at 2:30 p.m. be moved to August 9, 2006, with the Joint Case Management Statement to be due no later than August 2, 2006.

Sincerely,

Ina Stangenes
Attorneys for Defendant
QUANTUM3D, INC.

cc: David J. Hodge, Esq. (via facsimile)

IT IS SO ORDERED: Status Conference reset for 8/9 at 2:30 p.m.
Joint Status Conference statement due 8/2/06.

Edward M. Chen
U.S. Magistrate Judge