DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
INA STANGENES, Bar No. 156559
istangenes@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Defendant
QUANTUM3D, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT BOOTH, DAVID KING, AND SCOTT PASSON,<br><br>Plaintiffs,<br><br>vs.<br><br>QUANTUM3D, INC., et al,<br><br>Defendants. | Case No. C04-5376 EMC<br>Magistrate Judge Edward M. Chen<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE - FR. CIV. P. 41(a)**<br>ORDER<br><br>Trial Date: October 23, 2006 |

STIPULATION OF DISMISSAL WITH PREJUDICE     C04-5376 EMC

IT IS HEREBY stipulated by and between the parties to this action through their counsel that all plaintiffs' claims in the above-captioned action be and hereby are dismissed with prejudice pursuant to FRCP 41(a)(1). Each party shall bear its own attorney's fees and costs.

DATED: 8/1, 2006

PITTMAN, HOOKS, DUTTON, KIRBY & HELLUMS, P.C.

By: *[signature]*
David Hodge
Attorneys for Plaintiffs
SCOTT BOOTH, DAVID E. KING, and SCOTT PASSON

DATED: _____, 2006

BERGESON, LLP

By: _____
Ina Stangenes
Attorneys for Defendant
QUANTUM3D, INC.

1  IT IS HEREBY stipulated by and between the parties to this action through their counsel
2  that all plaintiffs' claims in the above-captioned action be and hereby are dismissed with
3  prejudice pursuant to FRCP 41(a)(1). Each party shall bear its own attorney's fees and costs.

DATED: _____, 2006

PITTMAN, HOOKS, DUTTON, KIRBY & HELLUMS, P.C.

By: _____
David Hodge
Attorneys for Plaintiffs
SCOTT BOOTH, DAVID E. KING, and SCOTT PASSON

DATED: 8/1, 2006

BERGESON, LLP

By: _/s/ Ina Stangenes_____
Ina Stangenes
Attorneys for Defendant
QUANTUM3D, INC.

IT IS SO ORDERED

_____
Edward M. Chen
U.S. Magistrate Judge
dated: Aug. 2, 2006

*IT IS SO ORDERED — Judge Edward M. Chen*

- 1 -
STIPULATION OF DISMISSAL WITH PREJUDICE                                         C04-5376 EMC